UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL F. SABITONI, <br> As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, <br><br> v. <br><br> NORTHEAST SERVICES, INC. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> C.A. No. 18-404-WES-LDA |

## NOTICE OF VOLUNTARY DISMISSAL

Now come Plaintiffs, Michael F. Sabitoni as Trustee of the Rhode Island Laborers' Health Fund, *et al.*, and hereby voluntarily dismiss this action against Defendant Northeast Services, Inc., pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

        Plaintiffs,
MICHAEL F. SABITONI, et al.
By their Attorneys,


*/s/ Robert P. Brooks*
ROBERT P. BROOKS (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903-1345
Tel:  (401) 274-7200
Fax:  (401) 751-0604
rbrooks@apslaw.com
Dated:  August 16, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2018, I filed the within through the ECF system, and that notice will be sent electronically to all counsel who are registered participants identified in the Mailing Information for Case No. 18-404-WES-LDA.  I further certify that I sent a copy of the within via first class mail to the registered agent for the following non-registered participant:

Jeffrey B. Cinaciolo, Esq.
Registered Agent – Northeast Services, Inc.
148 West River Street, Euite 1E
Providence, RI  02904


*/s/ Robert P. Brooks*

916370.v1